1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

9

10   WILLIAM SARDINAS,                           Case No. CV 19-10706-MWF (KK)

11                     Petitioner,

12            v.                                 ORDER ACCEPTING FINDINGS
                                                 AND RECOMMENDATION OF
13   L.J. MILUSNIC, WARDEN,                      UNITED STATES MAGISTRATE
                                                 JUDGE
14                     Respondent.

15

16

17         Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for a Writ of

18   Habeas Corpus, the records on file, and the Report and Recommendation of the

19   United States Magistrate Judge.  No objections have been filed.  The Court accepts

20   the findings and recommendation of the Magistrate Judge.

21         IT IS THEREFORE ORDERED that (1) Respondents' Motion to Dismiss is

22   granted; and (2) Judgment be entered dismissing this action without prejudice.

23

24   Dated:  December 17, 2020          _____

25                                      MICHAEL W. FITZGERALD
                                        United States District Judge

26

27

28