JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SARDINAS, | Case No. CV 19-10706-MWF (KK) |
| Petitioner, | |
| v. | JUDGMENT |
| L.J. MILUSNIC, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is DISMISSED without prejudice.

Dated:  December 17, 2020

_____
MICHAEL W. FITZGERALD
United States District Judge